■ In the Matter of Richard Agbai, Appellant, v New York City Civil Service Commission et al., Respondents. [51 NYS3d 867]—

Judgment (denominated an order), Supreme Court, New York County (Joan B. Lobis, J.), entered April 3, 2015, granting respondents' cross motion and dismissing the CPLR article 78 petition seeking, inter alia, to vacate respondents' determination, dated June 3, 2014, which terminated petitioner's employment as a correction officer, unanimously affirmed, without costs.

The determination of respondent New York City Civil Service Commission is subject to judicial review only if "the agency has acted illegally, unconstitutionally, or in excess of its jurisdiction" (*Matter of New York City Dept. of Envtl. Protection v New York City Civ. Serv. Commn.*, 78 NY2d 318, 323 [1991]). The court properly rejected petitioner's argument that the Administrative Law Judge did not have the authority and jurisdiction to conduct the subject disciplinary hearing (*see e.g. Matter of Stapleton v Ponte*, 138 AD3d 751 [2d Dept 2016]).

Petitioner's remaining contentions are either improperly raised for the first time on appeal or unavailing. Concur—Acosta, J.P., Renwick, Mazzarelli, Gische and Gesmer, JJ.